V. ANDREW CASS
Nevada Bar No. 005246
KRISTIN E. MEREDITH
Nevada Bar No. 11655
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for State Farm Mutual Automobile
Insurance Company ("State Farm")

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEANNE BRUNOLD,<br><br>    Plaintiff,<br><br>  vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation; DOES I through 10; ROE Entities 11 through 20, inclusive, jointly and severally<br><br>    Defendants. | CASE NO.  2:13-CV-0001-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

  DEANNE BRUNOLD ("Plaintiff") and STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm"), through their respective counsel of record, hereby

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4810-9751-9123.1

1 | stipulate that the above-entitled action be dismissed in its entirety, WITH PREJUDICE, with each
2 | party to bear its own attorney's fees and costs.

3 | IT IS SO STIPULATED.

4 | DATED this 3rd day of October, 2013        DATED this 4 day of August, 2013

6 | By: _____ #12351 for         By: _____
    Benjamin P. Cloward, Esq.                    V. Andrew Cass
7 | Nevada Bar No. 011087                        Nevada Bar No. 005246
    RICHARD HARRIS LAW FIRM                      Kristin E. Meredith, Esq.
8 | 801 South Fourth Street                      Nevada Bar No. 011655
    Las Vegas, NV 89101                          LEWIS BRISBOIS BISGAARD & SMITH LLP
9 | *Attorneys for Plaintiff*                    6385 South Rainbow Blvd., Suite 600
                                                 Las Vegas, Nevada 89118
                                                 *Attorneys for Defendant State Farm*

12 | **IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated:   October 17, 2013

4810-9751-9123.1

2