V. ANDREW CASS
Nevada Bar No. 005246
KRISTIN E. MEREDITH
Nevada Bar No. 11655
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for State Farm Mutual Automobile
Insurance Company ("State Farm")

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DEANNE BRUNOLD, | CASE NO. 2:13-CV-0001-JAD-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Foreign Corporation; DOES I through 10; ROE Entities 11 through 20, inclusive, jointly and severally | |
| Defendants. | |

DEANNE BRUNOLD ("Plaintiff") and STATE FARM MUTUAL AUTOMOBILE

INSURANCE COMPANY ("State Farm"), through their respective counsel of record, hereby

///
///
///
///
///
///
///
///
///

4810-9751-9123.1

1 stipulate that the above-entitled action be dismissed in its entirety, WITH PREJUDICE, with each
2 party to bear its own attorney's fees and costs.

3     IT IS SO STIPULATED.

4 DATED this 3rd day of October, 2013      DATED this 4 day of August, 2013

By: _____#12351 for_____      By: _____
Benjamin P. Cloward, Esq.      V. Andrew Cass
Nevada Bar No. 011087      Nevada Bar No. 005246
RICHARD HARRIS LAW FIRM      Kristin E. Meredith, Esq.
801 South Fourth Street      Nevada Bar No. 011655
Las Vegas, NV 89101      LEWIS BRISBOIS BISGAARD & SMITH LLP
*Attorneys for Plaintiff*      6385 South Rainbow Blvd., Suite 600
     Las Vegas, Nevada 89118
     *Attorneys for Defendant State Farm*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 17, 2013

4810-9751-9123.1

2